FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2021

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company, Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

We grant Ezra Alderman Ranches Inc.'s unopposed motion for extension of time to file a motion for rehearing, and we order its motion for rehearing due September 2, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2021.

MICHAEL A. CRUZ, Clerk of Court